**Order filed March 18, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00167-CV
_____

**ALANNA DIANE ALLEN, Appellant**

**V.**

**CVMF GROUP LLC, Appellee**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1146178**

## O R D E R

Appellant's brief was due March 5, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **April 5, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.